UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**MARY ANN NOVATNY,**

        **Plaintiff,**

v.                                                  Civil Action No. 2:20cv549

**NORFOLK REDEVELOPMENT
AND HOUSING AUTHORITY,**

        **Defendant.**

## FINAL ORDER

On February 24, 2021, Plaintiff Mary Ann Novatny ("Plaintiff"), appearing *pro se*, filed a Notice of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Notice Dismissal With Prejudice, ECF No. 7. In her filing, Plaintiff asks the Court to dismiss this action with prejudice "pursuant to the settlement agreement reached between the parties." *Id*. at 1. Accordingly, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**. The Court shall, however, retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement, if necessary.

The Clerk is **DIRECTED** to send a copy of this Final Order to Plaintiff and all counsel of record.

It is so **ORDERED**.

                                                                  /s/
                                         Roderick C. Young
                                         United States District Judge

Richmond, Virginia
Date: February 24, 2021